736

No. 441. BENZ ET AL. *v.* CELESTE FUR DYEING & DRESSING CORP. ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Asher Blum* for petitioners. *Daniel L. Morris* for respondents.

No. 444. DUNPHY ET AL. *v.* GRAHAM, JUDGE, ET AL. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Ohio denied.

No. 115. PICKETT *v.* BOWLES, PRICE ADMINISTRATOR. October 14, 1946. Porter substituted for Bowles as respondent. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Byron G. Rogers* for petitioner. *Solicitor General McGrath* and *David London* for respondent.

No. 237. WOOD *v.* BOWLES, PRICE ADMINISTRATOR. October 14, 1946. Porter substituted for Bowles as respondent. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Wils Davis* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 319. MANNIE & CO. ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. October 14, 1946. Porter substituted for Bowles as respondent. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Nicholas J. Pritzker* and *Stanford Clinton* for peti-